**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

---

In Re:   Mony S. Nong
       Debtor,

Chapter: 13
Case No: 10–15235
Judge William C. Hillman

---

### NOTICE TO DEBTOR(S)

It appears that in accordance with Title 11 of the U.S. Code, the debtor(s) **Mony S. Nong** is/are not entitled to a discharge in bankruptcy because of prior case filings. If you believe this determination is incorrect, you must file a response to this notice with the Court within fourteen (14) days of the date of this notice.

Date:5/14/10

By the Court,

<u>Yvonne Woodbury</u>
Deputy Clerk
617–748–5340

6